# UNITED STATES DISTRICT COURT
for the

_____ District of Minnesota_____

| | |
|---|---|
| United States of America <br> v. <br> Humberto Alvarez-Deleon <br> Date of Original Judgment:    7/9/13 <br> Date of Previous Amended Judgment: <br> *(Use Date of Last Amended Judgment if Any)* | ) <br> ) <br> )   Case No:    12-CR-0243(4) (PJS/JJK) <br> )   USM No:    16662-041 <br> ) <br> )   N/A (pro se) <br>        *Defendant's Attorney* |

## ORDER REGARDING MOTION FOR SENTENCE REDUCTION
## PURSUANT TO 18 U.S.C. § 3582(c)(2)

Upon motion of   X   the defendant   ☐   the Director of the Bureau of Prisons   ☐   the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion, and taking into account the policy statement set forth at USSG §1B1.10 and the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent that they are applicable,

**IT IS ORDERED** that the motion is:

     X   DENIED.    ☐ GRANTED and the defendant's previously imposed sentence of imprisonment *(as reflected in the last judgment issued)* of _____ months **is reduced to** _____ .

*(Complete Parts I and II of Page 2 when motion is granted)*

Except as otherwise provided, all provisions of the judgment dated    7/9/13    shall remain in effect.
**IT IS SO ORDERED**.

Order Date:    8/13/15                           s/Patrick J. Schiltz
                                                                           *Judge's signature*

Effective Date: _____               PATRICK J. SCHILTZ, United States District Judge
     *(if different from order date)*                              *Printed name and title*